**Order entered July 12, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00180-CV

### BAPA BROOKLYN 2004, LLC, ET AL., Appellants

### V.

### MICHAEL A. AND MARIA D. TWIEHAUS
### REVOCABLE LIVING TRUST, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11504**

### ORDER

Before the Court is appellants' July 9, 2021 second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **August 13, 2021**. We caution appellants that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE